IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Larry D. Hall, | ) C.A. No. 2:05-2823-PMD |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| JoMar Logistics, Inc., | ) |
| Defendant. | ) |

    This matter is before the court upon the magistrate judge's recommendation that plaintiff's motion for entry of default judgment be granted. This matter was referred to the magistrate judge in accord with 28 U.S.C. § 636 and the local rules of this court.

    This court is charged with conducting a <u>de novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

    A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that plaintiff's motion for entry of default judgment is **granted** and **plaintiff is awarded judgment in the amount of $31,485.38.**

    **ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
July 6, 2006